IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EDDIE MARTIN | * | |
| | * | |
| PLAINTIFF | * | CIVIL ACTION NO. _____ |
| VS. | * | |
| | * | |
| LIBERTY POINT CORPORATION | * | COMPLAINT AND |
| | * | DEMAND FOR A JURY TRIAL |
| DEFENDANT | * | |

# COMPLAINT

### I. INTRODUCTION

1.  This is an action for damages brought by an individual consumer for defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### II. JURISDICTION

2.  Jurisdiction of this court arises under 15 U.S.C. § 1692k, 28 U.S.C. §§ 1331 and 1337.

### III. PARTIES

3.  Plaintiff, Eddie Martin (hereinafter referred to as "plaintiff" or "Mr. Martin") is a natural person who resides in East Baton Rouge Parish, Louisiana, and is a "consumer" as defined by 15 U.S.C. § 1692a(3).

4.  Defendant, Liberty Point Corporation (hereinafter referred to as "defendant" or "Liberty") is a foreign corporation doing business in the state of Louisiana, whose registered agent for service of process in Louisiana is Corporation Service Company, 320 Somerulos Street, Baton

Rouge, Louisiana 70802-6129.  Liberty, at all times relevant hereto, regularly attempted to collect debts alleged to be due another and is a "debt collector" as defined under the FDCPA.

### IV. FACTUAL ALLEGATIONS

5. On or about February 13, 2007, defendant spoke with Mr. Martin demanding payment of a debt originally due BankFirst ("creditor") but now allegedly due Liberty Point Funding I, L.L.C. in the amount of approximately $1,229.77 by plaintiff.

6. The alleged debt was from the use of a personal credit card issued by the creditor to Mr. Martin which was used primarily for personal, family or household purposes.

7. During this telephone conversation, defendant told Mr. Martin, "Our legal review department, what they do is they set up the account, get all information, what they do is review your credit report, you know they get all information as far as work, employment, assets, all that information, they take that, they hand it over to the attorney, and the attorney who can do a judgment or put a lien on the home, or whatever the case may be."

8. Defendant also told Mr. Martin that the account would be reported to a credit bureau for "seven to ten years after the date that it's reported on there, " defendant further explained it was from every time it is reported, and the last time it was reported was "January 31st 07," and it would "stay on there until it is completely paid off."

9. Mr. Martin told defendant that he disputed this alleged debt and defendant then told Mr. Martin that in order for this account to be reported to credit bureaus as disputed, he had to dispute this in writing.

10. This telephone conversation occurred within the thirty day validation period set forth in 15 U.S.C. § 1692g(a)(3)-(5).

11. At the time of this telephone call, there had not been any payments nor charges made for more than three years.

12. This debt therefore was prescribed under Louisiana law.

13. Defendant has made numerous false, deceptive, and/or misleading representations to Mr. Martin.

## DEFENDANTS PRACTICES

14. Defendant, Liberty Point Corporation, violated numerous provisions of the FDCPA including but not limited to sections 1692e, 1692e(4), 1692e(5), and 1692e(10).

15. Plaintiff has suffered actual damages and injury, including, but not limited to, stress, humiliation, anxiety, extreme mental anguish and suffering, emotional distress, for which he should be compensated in an amount to be proven at trial.

WHEREFORE, plaintiff respectfully requests that the Court grant the following relief in his favor and against Defendant, Liberty Point Corporation, for:

    a. Additional damages;

    b. Actual damages;

    c. Attorney fees, litigation expenses and costs; and

    d. Such other and further relief as is appropriate.

A JURY TRIAL IS DEMANDED.

BY ATTORNEY:

_____
**GARTH J. RIDGE**, #20589
Attorney for Plaintiff
251 Florida Street, Suite 301

Baton Rouge, Louisiana 70801
Telephone Number: (225) 343-0700
Facsimile Number: (225) 343-7700
Email Address: garthridge@aol.com