IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **EDDIE MARTIN** * | |
| * | |
| PLAINTIFF * | **CIVIL ACTION NO. 07-220-RET-CN** |
| **VS.** * | |
| * | |
| **LIBERTY POINT CORPORATION** * | |
| * | |
| **DEFENDANT** * | |

**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(i)**

**NOW INTO COURT**, through undersigned counsel, comes Eddie Martin, plaintiff herein, who dismisses this matter pursuant to Rule 41(a)(1)(i), with prejudice.

                                                    s/Garth J. Ridge
                                                    **GARTH J. RIDGE**
                                                    Attorney for Plaintiff
                                                    Bar Roll Number:  20589
                                                    251 Florida Street, Suite 301
                                                    Baton Rouge, Louisiana 70801
                                                    Telephone Number:  (225) 343-0700
                                                    Facsimile Number: (225) 343-7700
                                                    E-mail: GarthRidge@aol.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 8, 2007, a copy of the foregoing Notice of Dismissal Pursuant to Rule 41(a)(1)(i) was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Michael S. Poncin, Esquire and Allison L. Cannizaro, Esquire via U.S. Mail postage prepaid.

                                                    s/Garth J. Ridge
                                                    **GARTH J. RIDGE**
                                                    Attorney for Plaintiff
                                                    Bar Roll Number:  20589
                                                    251 Florida Street, Suite 301
                                                    Baton Rouge, Louisiana 70801
                                                    Telephone Number:  (225) 343-0700
                                                    Facsimile Number: (225) 343-7700
                                                    E-mail: GarthRidge@aol.com